IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )       CRIMINAL ACTION NO.
    v.                      )          2:12cr59-MHT
                            )              (WO)
ANTOINETTE DJONRET          )
```

ORDER

It is ORDERED that the following motions are denied:

(1) Defendant Antoinette Djonret's motion to adjust prison payment (Doc. 296).

(2) Defendant Djonret's motion for the disposition of her request for a reduction in payment (Doc. 373).

DONE, this the 6th day of November, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE